U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GRACE NUNEZ and JUAN NUNEZ, Individually and as representatives of the ESTATE OF JOHN NUNEZ, III, and LISA HERNANDEZ <br>         Plaintiffs <br><br> VS. <br><br> THE CITY OF LUBBOCK; and OFFICER MATT DOHERTY, in his individual and official capacity <br>         Defendants | § § § § § § § § § § § § § | CIVIL ACTION NO.: 5:07-CV-00032 |

## JUDGMENT

ON THIS, the 6th day of May, 2008, came on to be heard the above entitled and numbered cause, and Plaintiffs, GRACE NUNEZ and JUAN NUNEZ, Individually and as Representatives of the Estate of John Nunez, III and LISA HERNANDEZ, appeared in person and by and through their attorney of record; and Defendants, THE CITY OF LUBBOCK and OFFICER MATT DOHERTY, in his Individual and Official Capacity, appeared by and through their respective attorneys of record; and the parties announced to the Court that all matters and things in controversy between such parties have been compromised and settled, and that by the terms of such compromise and settlement, judgment should be rendered herein that Plaintiffs, GRACE NUNEZ and JUAN NUNEZ, Individually and as Representatives of the Estate of John Nunez, III and LISA HERNANDEZ, take nothing against Defendants, THE CITY OF LUBBOCK and OFFICER MATT DOHERTY, in his Individual and Official Capacity.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Plaintiffs take nothing from Defendants in this cause.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that all Court costs herein are hereby taxed against the party incurring the same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all relief prayed for by any party to this suit and not specifically awarded is hereby in all things denied.

SIGNED THIS, the __6th__ day of ____May____, A.D., 200_8_.

_____
JUDGE PRESIDING

**APPROVED:**

By: _____
~~David M. Guinn, Jr.~~  ROBERT S. HOGAN
SBN: 00796767
Hurley & Guinn
1805 13th Street
Lubbock, Texas 79401
Telephone: (806) 771-0700
Facsimile: (806) 763-8199

ATTORNEY FOR PLAINTIFFS

By: _____
Jeff Hartsell
SBN: 09170275
Chief Trial Attorney, City of Lubbock
P.O. Box 2000
Lubbock, Texas 79457
Telephone: (806) 775-2222
Facsimile: (806) 775-3307

ATTORNEY FOR THE CITY OF LUBBOCK

By: _____
George L. Thompson, III
SBN: 19950000
Thompson & Kerby
P. O. Box 65150
Lubbock, Texas 79464
Telephone: (806) 793-7600
Facsimile: (806) 793-6882
gthompson@ttlawyers.com

ATTORNEY FOR OFFICER MATT DOHERTY